```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A05-0165--CV (JWS)
              "USA V $5,595.00 IN U.S. CURRENCY"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
    Referral Rule:
            Filed: 07/13/05
           Closed: NO


     Jurisdiction: (1) U.S. Plaintiff
    PLF Diversity:
    DEF Diversity:


   Nature of Suit: (690) Other forfeiture and penalty suits
                   JUDICIAL FORFEITURE OF MONEY
           Origin: (1) Original Proceeding
           Demand:
      Filing fee: Waived
         Trial by:
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | UNITED STATES OF AMERICA | James N. Barkeley<br>U.S Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071 |
| DEF 1.1 | $5,595.00 IN U.S. CURRENCY | No counsel found for this party! |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0165--CV (JWS)
"USA V $5,595.00 IN U.S. CURRENCY"

For all filing dates

Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 07/13/05
          Closed: NO

     Jurisdiction: (1) U.S. Plaintiff
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (690) Other forfeiture and penalty suits
                   JUDICIAL FORFEITURE OF MONEY
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Waived
         Trial by:


| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 07/13/05 | Verified Complaint for forfeiture filed w/att exh. |
| 2 - 1 | 07/13/05 | PLF 1 motion (request) for judicial issuance of in rem warrant of arrest. |
| 3 - 1 | 07/13/05 | PLF 1 Notice of related case A05-0018CR (JWS). |
| NOTE - 1 | 07/27/05 | Issued: in rem warrant of arrest. |
| 2 - 2 | 07/27/05 | JWS Order granting mot (req) for judicial issuance of in rem war of arrest (2-1). cc: cnsl, USM |
| 4 - 1 | 09/21/05 | USM Return of svc on proof of publication re: DEF 1 in Anchorage Daily News on 8/7;8/14/;8/21/ 05. |
| 5 - 1 | 09/21/05 | USM Return of svc on WOA re: DEF 1 executed on 9/20/05. |
| 6 - 1 | 09/21/05 | USM Return of svc on notice of forfeiture re: Carlos Juan Kiminian Castro as unexecuted. |