# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  $5,595.00 IN U.S. CURRENCY  </u>

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                              CASE NO.  <u> 3:05-cv-00165-JWS </u>

<u> Pam Richter </u>

<u>PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**    DATE: February 14, 2006</u>

     A report as to the status of forfeiture proceedings in the above-referenced case shall be filed by counsel for plaintiff on or before <u> February 24, 2006 </u>.

[]{IIA4.WPD*Rev.12/96}