DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Case No. 3:05-cv-165-JWS |
| ) | |
| Plaintiff,       ) | **STATUS REPORT** |
| v.       ) | |
| ) | |
| $5,595.00 IN UNITED STATES       ) | |
| CURRENCY,       ) | |
| ) | |
| Defendant.       ) | |
| ) | |

COMES NOW plaintiff United States of America, by and through counsel, pursuant to the Court's Order at docket 7, and hereby submits its report as to the status of the forfeiture proceedings in the above-captioned case.

The United States Marshals Service has completed publication of the forfeiture notice by the Anchorage Daily News (docket 4), and personal service of the forfeiture notice was perfected upon Maria Hurtado on July 15, 2005, however, personal service is still pending on Carlos Juan Jiminian Castro, a possible interested party.

On August 10, 2005, the United States Marshals Service directed written notice to Mr. Castro via Certified U.S. Mail, Return Receipt Requested. The U.S. Postal Service attempted delivery of the notice to Mr. Castro three times, on August 12, August 19, and August 27, 2005, but it was returned to the Marshals Service as "unclaimed". The case agent has been contacted and instructed, as consistent with <u>United States v. Donald Lawrence Ritchie, Defendant, & Heather Horner, Claimant</u>, 342 F.3d 903 (9th Cir. 2003), to make an effort to find an alternate address for Mr. Castro. Accordingly, the United States proposes that it shall file an updated status report or a motion for decree of forfeiture within 60-days, or by April 25, 2006.

Respectfully submitted this 24th day of February, 2006 in Anchorage, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney

        s/James Barkeley
        JAMES BARKELEY
        Assistant U.S. Attorney
        222 W. 7th Avenue, #9, Room 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3699
        Fax: (907) 271-1500
        Email: jim.barkeley@usdoj.gov
        Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury that a true and correct copy of the foregoing STATUS REPORT was served this 24th day of February, 2006, on the following:

MARIA HURTADO    (served via Certified U.S. Mail, Return Receipt Requested)
6610 E. 10th Avenue
Anchorage, AK 99501

SUE ELLEN TATTER, Counsel for Hurtado in No. 3:05-cr-018    (served electronically)
Office of the Federal Public Defender
550 W. 7th Avenue, Suite 1600
Anchorage, AK 99501

s/James Barkeley