MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *$5,595.00 IN UNITED STATES CURRENCY*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:05-cv-165 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: March 28, 2006

The status report at docket 8 is **APPROVED**. Plaintiff shall proceed accordingly.