is submitted herewith.

DATED this 25th day of April, 2006 in Anchorage, Alaska.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/James Barkeley
> JAMES BARKELEY
> Federal Building & U.S. Courthouse
> Assistant U.S. Attorney
> 222 W. 7th Avenue, #9, Room 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-3699
> Fax: (907) 271-1500
> Email: jim.barkeley@usdoj.gov
> Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury that a true and correct copy of the foregoing MOTION FOR DECREE OF FORFEITURE, DECLARATION OF COUNSEL, and proposed DECREE OF FORFEITURE were served via U.S. Mail this 25th day of April, 2006, on:

MARIA HURTADO
6610 E. 10th Avenue
Anchorage, AK 99501

SUE ELLEN TATTER (Counsel for Hurtado in No. A05-018 CR)
Office of the Federal Public Defender
550 W. 7th Avenue, Suite 1600
Anchorage, AK 99501

s/James Barkeley