IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cv-165-JWS |
| | ) | |
| Plaintiff, | ) | **DECREE OF FORFEITURE** |
| v. | ) | |
| | ) | |
| $5,595.00 IN UNITED STATES CURRENCY, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On July 13, 2005, a Verified Complaint for Forfeiture was filed on behalf of the plaintiff, United States of America. The Complaint alleges that the defendant property, $5,595.00 IN UNITED STATES CURRENCY ("Defendant Currency"), constitutes or is derived from proceeds traceable to fraud and related activity in connection with identification documents and information, in violation of 18 U.S.C. § 1028(a), and is therefore subject to civil forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

It appearing that process was fully issued in this action and returned according to law;

The Defendant Currency is now in the custody of the United States Marshals Service;

That on July 13, 2005, Sue Ellen Tatter (counsel for Maria Hurtado in Case No. A05-018 CR) was personally served with a copy of the Verified Complaint for Forfeiture, Request for Judicial Issuance of In Rem Warrant of Arrest, and the proposed In Rem Warrant of Arrest;

That on July 15, 2005, Maria Hurtado was personally served with a copy of the Verified Complaint for Forfeiture, Request for Judicial Issuance of In Rem Warrant of

Arrest, and the proposed In Rem Warrant, via hand-delivery by FBI Special Agent Jolene Bronkhorst and via U.S. Certified Mail, Return Receipt Requested;

That on July 15, 2005, Sue Ellen Tatter, counsel for Maria Hurtado, told the undersigned that Ms. Hurtado would default from this forfeiture case;

That on March 7, 2006, Carlos Juan Jiminian Castro was personally served with notice of this judicial forfeiture action via U.S. Certified Mail, Return Receipt Requested;

That notice of this action was published in the Anchorage Daily News on August 7, 14, and 21, 2005;

That the time for filing has expired, and no claims or answers have been filed in this action.

Now, therefore, on motion of the plaintiff, United States of America, for a decree of forfeiture, it is hereby

ORDERED, ADJUDGED AND DECREED that the Defendant Currency, $5,595.00 IN UNITED STATES CURRENCY, be forfeited to the United States of America, and no right, title, or interest in the property shall exist in any other party. The Defendant Currency shall be disposed of by the United States Marshals Service according to law.

DATED this __ day of _____, 2006 in Anchorage, Alaska.

_____
HON. JOHN W. SEDWICK
United States District Court Judge