DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cv-165-JWS |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF COUNSEL** |
| v. | ) | **IN SUPPORT OF MOTION FOR** |
| | ) | **DECREE OF FORFEITURE** |
| $5,595.00 IN UNITED STATES CURRENCY, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, JAMES BARKELEY, am an Assistant United States Attorney and represent the plaintiff, the United States of America, in this action.

1. A Verified Complaint for Forfeiture was filed on July 13, 2005. Docket 1. The Complaint alleges that the defendant property, $5,595.00 IN UNITED STATES CURRENCY ("Defendant Currency"), constitutes or is derived from proceeds traceable to fraud and related activity in connection with identification documents and information, in violation of 18 U.S.C. § 1028(a), and is therefore subject to civil forfeiture pursuant to 18

U.S.C. § 981(a)(1)(C).

    2.    On July 27, 2005, the Court issued an In Rem Warrant of Arrest. Docket Note-1.

    3.    On July 13, 2005, Sue Ellen Tatter (counsel for Maria Hurtado in Case No. A05-018 CR) was served with a copy of the Verified Complaint for Forfeiture, Request for Judicial Issuance of In Rem Warrant of Arrest, and the proposed In Rem Warrant of Arrest.

    4.    On July 15, 2005, Maria Hurtado was personally served with a copy of the Verified Complaint for Forfeiture, Request for Judicial Issuance of In Rem Warrant of Arrest, and the proposed In Rem Warrant of Arrest, via hand-delivery by FBI Special Agent Jolene Bronkhorst and via U.S. Certified Mail, Return Receipt Requested. Accordingly, the In Rem Warrant of Arrest provided that all persons interested in the defendant property were required to file their verified statements with the Clerk of Court within 30 days of the earlier of receiving actual notice of execution of process or completed publication of notice, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims. The Warrant also provided that pursuant to the Supplemental Rules for Certain Admiralty and Maritime Claims, persons claiming an interest in said property shall serve and file their answers within 20 days after the filing of the statement of interest with the Clerk of Court, United States District Court, with a copy thereof sent to the undersigned.

    5.    On July 15, 2005, Sue Ellen Tatter, counsel for Maria Hurtado, telephonically confirmed with the undersigned that Ms. Hurtado would default from this forfeiture case.

6. On March 7, 2006, Carlos Juan Jiminian Castro was personally served with notice of this judicial forfeiture action by the United States Attorney's Office via U.S. Certified Mail, Return Receipt Requested.

7. Notice of this action was published in the Anchorage Daily News on August 7, 14, and 21, 2005. Docket 4.

8. No claims or answers have been filed in this action.

9. Declarant knows of no reason why a decree for the forfeiture of the Defendant Currency should not now be entered.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 25th day of April, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019