DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Federal Building & U.S. Courthouse
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cv-165-JWS |
| | ) | |
| Plaintiff, | ) | **MOTION FOR DECREE OF** |
| v. | ) | **FORFEITURE (& STATUS REPORT)** |
| | ) | |
| $5,595.00 IN UNITED STATES CURRENCY, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

Pursuant to Federal Rule of Civil Procedure 55 and Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, plaintiff United States of America respectfully moves this Court for entry of a decree of forfeiture against the defendant property, $5,595.00 IN UNITED STATES CURRENCY. Said motion is supported by the previously filed Verified Complaint for Forfeiture (docket 1), In Rem Warrant of Arrest (docket Note-1), and the attached Declaration of Counsel. A proposed decree of forfeiture

is submitted herewith.

DATED this 25th day of April, 2006 in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/James Barkeley
>JAMES BARKELEY
>Federal Building & U.S. Courthouse
>Assistant U.S. Attorney
>222 W. 7th Avenue, #9, Room 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3699
>Fax: (907) 271-1500
>Email: jim.barkeley@usdoj.gov
>Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury that a true and correct copy of the foregoing MOTION FOR DECREE OF FORFEITURE, DECLARATION OF COUNSEL, and proposed DECREE OF FORFEITURE were served via U.S. Mail this 25th day of April, 2006, on:

MARIA HURTADO
6610 E. 10th Avenue
Anchorage, AK 99501

SUE ELLEN TATTER (Counsel for Hurtado in No. A05-018 CR)
Office of the Federal Public Defender
550 W. 7th Avenue, Suite 1600
Anchorage, AK 99501

s/James Barkeley